IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TOMAS DELEON, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-171-L |
| | ) | |
| RANDALL WORKMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Petitioner, a state prisoner appearing through counsel, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on June 28, 2006. The Magistrate Judge recommends that the petition be denied.

The record reflects that petitioner has filed written objections to the Report and Recommendation. The court has carefully considered the petitioner's arguments, but determines that they are insufficient to justify overturning the conclusions of the Magistrate Judge in this matter. Petitioner's arguments were previously considered and rejected by the Magistrate Judge in his comprehensive and well supported Report and Recommendation.

Accordingly, having conducted a *de novo* review of the matter, the court finds that the Report and Recommendation should be adopted in its entirety.

Therefore, the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus is **DENIED.**

**This action is DISMISSED.**

It is so ordered this 28th day of July, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge